UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| Case No. | ED CV 25-1508-AH(AGRx) | Date | NOVEMBER 18, 2025 |
|---|---|---|---|

| Title | Tatijana Bass v. Capstone Holdings LLC |
|---|---|

Present: The Honorable ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:

None Present

Attorneys Present for Defendants:

None Present

**Proceedings:   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES**

On October 1, 2025, the Court issued an order giving the parties time to file their dismissal order by October 31, 2025, in light of the parties settlement.  As of today no dismissal order has been filed.

It is therefore ordered that this action is hereby dismissed without prejudice. [JS-6]

IT IS SO ORDERED.

cc: all parties